GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff



**CR22-01371 TUC-JAS(LCK)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO: 18 U.S.C. §554(a) |
| Francisco Sajoni Araiza, | (Smuggling Goods from the United States) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

On or about April 22, 2021, in the District of Arizona, Defendant FRANCISCO SAJONI ARAIZA knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one DPMS model A-15 multi-caliber/.223 rifle, one DPMS model A-15 5.56/.223 caliber rifle; one privately made AR-type .223 caliber pistol, one Colt model 1911 .45 caliber pistol, one Taurus model PT945 .45 caliber pistol, one AR-type 150-round magazine, five AR-type 30-round magazines, one AK-type 30-round magazine, 887 rounds .223 caliber ammunition, 255 rounds 7.62x39mm caliber ammunition, and 22 rounds .45 ACP caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; Title 50, United States Code, Section 4819;

1 | Title 15, Code of Federal Regulations, Parts 738 and 774; and Title 22, Code of Federal
2 | Regulations, Part 123.1.
3 |       In violation of Title 18, United States Code, Section 554(a).
4 |
5 | A TRUE BILL
6 |
7 | **/ s /**
    FOREPERSON OF THE GRAND JURY
    Dated: June 22, 2022
8 |
9 | GARY M. RESTAINO
    United States Attorney
    District of Arizona
10 | REDACTED FOR
    PUBLIC DISCLOSURE
11 | **/ s /**
12 | ANGELA W. WOOLRIDGE
    Assistant U.S. Attorney
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

*United States of America v. Francisco Sajoni Araiza*
*Indictment Page 2 of 2*